NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER
Eric M. George (SBN 166403)
Todd Lander (SBN 173031)
ELLIS GEORGE LLP
2121 Avenue of the Stars, 30th Floor
Los Angeles, CA 90067
Tel:  (310) 274-7100; Fax: (310) 275-5697
Emails: egeorge@ellisgeorge.com; tlander@ellisgeorge.com

ATTORNEY(S) FOR: Plaintiff

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARLEY BASSMAN,<br><br>Plaintiff(s),<br><br>v.<br><br>SIMPLIFY ASSET MANAGEMENT, INC., and DOES 1 through 20,<br><br>Defendant(s) | CASE NUMBER: 8:26-cv-00846<br><br>**CERTIFICATION AND NOTICE OF INTERESTED PARTIES**<br>**(Local Rule 7.1-1)** |

TO:      THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for   Plaintiff
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Harley Bassman | Plaintiff |
| Simplify Asset Management, Inc. | Defendant |

| | |
|---|---|
| April 7, 2026 | /s/ Todd M. Lander |
| Date | Signature<br>Todd M. Lander |

Attorney of record for (or name of party appearing in pro per):

Plaintiff Harley Bassman