# EXHIBIT A

Harley    Equity investment at seed round valuation ($8M pre money / ~$11M post money)

$360k SAFE investment (same terms as seed round SAFE investors); currently 3.2% of equity

1.8% options from company option pool that vest after first year or involuntary termination without cause

3.6% options from company option pool (standard 4 year vest like everyone else)

*Option pool is on a fully diluted basis*

*At $360k SAFE, total equity is ~8.6%; at $500k SAFE, total equity is ~10%*

Simplify to launch ETF asap in 2021 (potentially file in February; launch late April/early May)

**60% of net revenue of new ETF** while at Simplify (net of costs of ETF, estimated roughly $100k a year +3-5 bps custody)

**25% of net revenue of new ETF** in perpetuity as long as ETF remains listed

Base    $    50,000   & BBG, normal business expenses/travel

Flexible work schedule of 2 days a week

Flexible WFH or out of NY/Irvine office

Freedom to continue newsletter and other existing businesses

HB to contribute w/ earned media opportunities

HB to contribute to Simplify content / blogs

**HB new ETF revenue estimates at 50 bps:**

|  | Gross revenue | Less costs | Net rev | HB Share | | Annuity |
|---|---|---|---|---|---|---|
| 100M | $ 500,000 | $ (150,000.0) | $ 350,000 | $ 210,000 | $ | 87,500 |
| 250M | $ 1,250,000 | $ (225,000.0) | $1,025,000 | $ 615,000 | $ | 256,250 |
| 500M | $ 2,500,000 | $ (350,000.0) | $2,150,000 | $ 1,290,000 | $ | 537,500 |
| 1B | $ 5,000,000 | $ (600,000.0) | $4,400,000 | $ 2,640,000 | $ | 1,100,000 |

**HB Equity at Simplify valuation:**

|  |  | 100M | 250M | 500M | 1B |
|---|---|---|---|---|---|
| SAFE | (estimated SAFE% at $8M premoney and assuming no dilutive future rounds) | | | | |
| $ 360 | 3.20% | $ 3.2 | $ 8.0 | $ 16.0 | $ 32.0 |
| Options | (company employee options are at fully diluted basis) | | | | |
|  | 5.4% | $ 5.4 | $ 13.5 | $ 27.0 | $ 54.0 |
| Equity upside: | | $ 8.60 | $ 21.50 | $ 43.00 | $ 86.00 |

*[Handwritten: AGREED — 1/25/21 — Thank you]*

*[Signatures]*

Agreed - 1/25/21