ERIC L. BARNUM, SBN 176064
*ebarnum@bakerlaw.com*
JENNIFER D. GHASSEMI, SBN 312110
*jghassemi@bakerlaw.com*
**BAKER & HOSTETLER LLP**
1900 Avenue of the Stars, Suite 2700
Los Angeles, CA 90067-4301
Telephone: 310.820.8800
Facsimile: 310.820.8859

SHAIA A. STAMBUK, SBN 329240
*sstambuk@bakerlaw.com*
**BAKER & HOSTETLER LLP**
600 Anton Boulevard, Suite 900
Costa Mesa, CA 92626-7221
Telephone: 714.754.6600

*Attorneys for Defendant*
SIMPLIFY ASSET MANAGEMENT INC.

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| HARLEY BASSMAN,<br><br>Plaintiff,<br><br>v.<br><br>SIMPLIFY ASSET MANAGEMENT, INC., and DOES 1 through 20,<br><br>Defendants. | Case No.: 8-26-cv-00846-JVS-KES<br><br>**DECLARATION OF JOHN RYU IN SUPPORT OF MOTION TO COMPEL ARBITRATION AND STAY PROCEEDINGS**<br><br>Date:     July 13, 2026<br>Time:    1:30 PM<br>Place:   Courtroom 10C<br>Judge:  Hon. James V. Selna<br><br>*[Filed concurrently with Notice and Motion; Memorandum of Points and Authorities; Declarations of Eric L. Barnum, and Kyle Johnson; and [Proposed] Order]* |

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

DECLARATION OF JOHN RYU
CASE NO.: 8-26-cv-00846-JVS-KES

136222.000021\4913-2627-1918.2

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

## **DECLARATION OF JOHN RYU**

I, John Ryu, hereby declare as follows:

1. I am over 18 years of age and I make this declaration in support of Defendant SIMPLIFY ASSET MANAGEMENT INC.'s ("Simplify") Motion to Compel Arbitration and Stay Proceedings in the above-captioned matter. I have personal knowledge of the facts stated herein, and, if called upon to do so, I could and would competently testify to these facts.

2. I am the Chief Financial Officer ("CFO") of Simplify Asset Management Inc. I have held this position, without interruption, since June 9, 2021. As CFO of Simplify, I am familiar with the operations of Simplify. Simplify's business is national in scope. Simplify is a corporation organized under the laws of the State of Delaware, with its principal place of business in Las Vegas, Nevada. Simplify is a registered investment advisor that creates, sponsors, and manages exchange-traded funds ("ETFs"). Simplify manages in excess of $10 billion in investor assets across numerous ETFs for clients in California and across State lines.

3. In my role as CFO, I also have access to Simplify's business records that are maintained by Simplify in the ordinary course of its business, including records related to Plaintiff Harley Bassman ("Plaintiff"). These records are available to me in the ordinary course of the performance of my job responsibilities. These records include Plaintiff's personnel file.

4. Simplify began utilizing Justworks Employment Group, LLC ("Justworks") as its Professional Employer Organization ("PEO") in July 2021. Justworks provides Simplify with payroll and other limited services pursuant to the terms of a service agreement. In its role as Simplify's PEO, Justworks also provides and maintains an online platform that houses various employment records signed by Simplify's employees, including Plaintiff.

5. Simplify provided Plaintiff with time and opportunity to review the Arbitration Agreement through his Justworks account, and to ask any questions he

136222.000021\4913-2627-1918.2

may have about the Arbitration Agreement. Plaintiff did not ask me any questions about the Arbitration Agreement before signing it.

6. As Simplify's CFO, I have the ability to download copies of signed documents in Plaintiff's Justworks account.

7. Plaintiff was hired on or around February 1, 2021. Plaintiff signed Simplify's Worksite Employee Acknowledgment, and Arbitration Agreement contained therein, on July 22, 2021 at 4:52 ET. A true and correct copy of the Arbitration Agreement signed by Plaintiff is attached hereto as **Exhibit A**.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed on May 26, 2026 in New York City, New York.

DocuSigned by:

By: _John Ryu_
05C110FBE7DB403...

JOHN RYU

3

DECLARATION OF JOHN RYU
CASE NO.: 8-26-cv-00846-JVS-KES

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

136222.000021\4913-2627-1918.2