ERIC L. BARNUM, SBN 176064
*ebarnum@bakerlaw.com*
JENNIFER D. GHASSEMI, SBN 312110
*jghassemi@bakerlaw.com*
**BAKER & HOSTETLER LLP**
1900 Avenue of the Stars, Suite 2700
Los Angeles, CA 90067-4301
Telephone: 310.820.8800
Facsimile: 310.820.8859

SHAIA A. STAMBUK, SBN 329240
*sstambuk@bakerlaw.com*
**BAKER & HOSTETLER LLP**
600 Anton Boulevard, Suite 900
Costa Mesa, CA 92626-7221
Telephone: 714.754.6600

*Attorneys for Defendant*
SIMPLIFY ASSET MANAGEMENT INC.

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| HARLEY BASSMAN,<br><br>Plaintiff,<br><br>v.<br><br>SIMPLIFY ASSET MANAGEMENT, INC., and DOES 1 through 20,<br><br>Defendants. | Case No.: 8-26-cv-00846-JVS-KES<br><br>**DECLARATION OF KYLE JOHNSON IN SUPPORT OF MOTION TO COMPEL ARBITRATION AND STAY PROCEEDINGS**<br><br>Date:   July 13, 2026<br>Time:   1:30 PM<br>Place:  Courtroom 10C<br>Judge:  Hon. James V. Selna<br><br>[*Filed concurrently with Notice and Motion; Memorandum of Points and Authorities; Declarations of Eric L. Barnum and John Ryu; and [Proposed] Order*] |

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

## DECLARATION OF KYLE JOHNSON

I, Kyle Johnson, hereby declare as follows:

1.     I am over 18 years of age and I make this declaration in support of Defendant SIMPLIFY ASSET MANAGEMENT INC.'s ("Simplify") Motion to Compel Arbitration and Stay Proceedings in the above-captioned matter.  I know all the facts stated in this declaration from my own personal knowledge, including based on records I have reviewed, and if called as a witness, I could and would competently so testify.

2.     I am a Director, Product for Justworks, Inc., which is the parent company of Justworks Employment Group LLC (together with Justworks, Inc., also hereinafter referred to as "Justworks"), a Professional Employer Organization ("PEO") that provides payroll and other services to customers, including to Simplify pursuant to the terms of a services agreement.  Justworkscom, Inc. is the fictional name in California of Justworks, Inc.  I have worked for Justworks since October 2024.

3.     In the normal course and scope of my duties, I can access customers' employees' on-boarding documents stored in the Justworks platform, which is a web-based application used by customers, including Simplify.   Simplify's employees can also utilize the Justworks platform to access various payroll and personnel documents.  For Simplify's employees to create an account on the Justworks platform, Simplify's employees are prompted to create a username and unique password, input certain personal information (specifically, including contact information, social security number, date of birth, bank account information, and withholding elections), and complete certain onboarding documents.  When a worker views and signs a document, the platform generates a record of the individual, their IP address, the version of the document they viewed, and if they signed it, a record of the time at which they signed. This practice has remained

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

consistent throughout my employment with Justworks, and it has been the practice since at least 2021.

4. Simplify's employees, including Plaintiff Harley Bassman ("Plaintiff"), are the only individuals who can access and change their passwords. Simplify does not have, and has never had, access to any employee's unique Justworks password. Justworks also does not have, and has never had, access to any Simplify employee's password. Simplify cannot change their employees' Justworks passwords. Justworks also cannot change Simplify's employees' passwords; Justworks only has the ability to send Simplify's employees a temporary reset password link via the employees' personal email, and that temporary rest password link expires after five minutes.

5. In my role as Director, Product, I am familiar with the way in which these documents are created, executed, and maintained on the Justworks platform.

6. I have reviewed Plaintiff's Justworks account and the on-boarding documents executed and stored on Justworks' platform by Plaintiff in his Justworks account, as they are maintained by Justworks in the regular course of business. Justworks sent Plaintiff an email to his work email.

7. An email was sent by Justworks to Plaintiff's work email, harley.bassman@simplify.us, on or about 12:14 PM ET on July 19, 2021, prompting him to create an account on Justworks' platform. Based on my review, after creating his account, Plaintiff electronically signed the Worksite Employee Acknowledgement, which contains the Arbitration Agreement, on July 22, 2021 at 4:52 PM ET. A true and correct copy of the Arbitration Agreement signed by Plaintiff is attached hereto as **Exhibit A**.

8. Simplify's employees, like Plaintiff, must log into their individual account with their chosen password to access the Arbitration Agreement. Once logged into their account, they can login and logout as they please. Specifically, Plaintiff had the ability to review the Arbitration Agreement as many times as he

3

would like before signing. Justworks does not set a time limit on how long customer employees have to review the Arbitration Agreement. Simplify likewise did not set any time limit for Plaintiff to review the Arbitration Agreement on the Justworks platform.

9. The IP address on the bottom left corner of the Arbitration Agreement is the IP address from the device used by Plaintiff to log into his Justworks account and electronically execute the Arbitration Agreement.

10. Throughout their employment with a Justworks customer, Simplify's employees like Plaintiff can regularly log into their Justworks account to review their wage statements and other documents on the Justworks platform, including tax documents (such as a W-2), benefit plan documents, and others.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed on June 4, 2026 in New York, NY.

By: Kyle Johnson
Signed by:
50F1375E6CF5410...
Kyle Johnson

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES