ERIC L. BARNUM, SBN 176064
*ebarnum@bakerlaw.com*
JENNIFER D. GHASSEMI, SBN 312110
*jghassemi@bakerlaw.com*
**BAKER & HOSTETLER LLP**
1900 Avenue of the Stars, Suite 2700
Los Angeles, CA 90067-4301
Telephone: 310.820.8800
Facsimile: 310.820.8859

SHAIA A. STAMBUK, SBN 329240
*sstambuk@bakerlaw.com*
**BAKER & HOSTETLER LLP**
600 Anton Boulevard, Suite 900
Costa Mesa, CA 92626-7221
Telephone: 714.754.6600

*Attorneys for Defendant*
SIMPLIFY ASSET MANAGEMENT INC.

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| HARLEY BASSMAN,<br><br>Plaintiff,<br><br>v.<br><br>SIMPLIFY ASSET MANAGEMENT, INC., and DOES 1 through 20,<br><br>Defendants. | Case No.: 8-26-cv-00846-JVS-KES<br><br>**DECLARATION OF ERIC L. BARNUM IN SUPPORT OF DEFENDANT'S MOTION TO COMPEL ARBITRATION AND STAY PROCEEDINGS**<br><br>Date:     July 13, 2026<br>Time:     1:30 PM<br>Place:    Courtroom 10C<br>Judge:   Hon. James V. Selna<br><br>[*Filed concurrently with Notice and Motion; Memorandum of Points and Authorities; Declarations of John Ryu and Kyle Johnson; and [Proposed] Order*] |

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

**DECLARATION OF ERIC L. BARNUM**

I, Eric L. Barnum, declare as follows:

1.      I am an attorney duly admitted to practice before this Court and all courts of the State of California. I am a Partner with Baker & Hostetler LLP, attorneys of record for Defendant SIMPLIFY ASSET MANAGEMENT INC. ("Simplify") in the above-captioned action. I have personal knowledge of all of the facts and matters set forth herein and, if called upon to testify and placed under oath, I could and would do so competently and truthfully.  I am over 18 years of age.

2.      On May 22, 2026, pursuant to Local Rule 7-3, I met and conferred by conference call with Robert Cohen, counsel for Plaintiff Harley Bassman ("Plaintiff"), to discuss thoroughly Simplify's intention to enforce the parties' mutual Worksite Employee Acknowledgment and arbitration provision therein (the "Agreement") between Plaintiff and Simplify, and I explained the reasons that the Agreement is enforceable under controlling law. To avoid unnecessary motion practice, I asked whether Plaintiff would submit his claims to arbitration and stay the case pursuant to the parties' valid and binding Agreement.  This conferral continued by email on May 27 and 28, without reaching any resolution to date. Accordingly, Simplify was required to file this Motion.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed on June 5, 2026 in Atlanta, Georgia.


By:  */s/ Eric L. Barnum*
　　　Eric L. Barnum

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

2