BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

# IN THE UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARLEY BASSMAN,<br><br>Plaintiff,<br><br>v.<br><br>SIMPLIFY ASSET MANAGEMENT, INC., and DOES 1 through 20,<br><br>Defendants. | Case No.: 8-26-cv-00846-JVS-KES<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO COMPEL ARBITRATION AND STAY PROCEEDINGS** |

1

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

# [PROPOSED] ORDER

Defendant Simplify Asset Management, Inc.'s ("Simplify") Motion to Compel Arbitration and Stay Proceedings (the "Motion") came on regularly for hearing before this Court. The appearances of counsel were made and noted on the record at the hearing. The Court, having reviewed and considered the papers and evidence submitted by the parties, the arguments of counsel made on the record at the hearing, and such other matters of which judicial notice has been taken, and good cause appearing for the relief requested in the Motion, hereby rules and orders as follows:

1.    The Motion shall be and hereby is GRANTED; and

2.    Plaintiff shall be and hereby is ORDERED to submit all of his claims against Simplify, including all of his claims being asserted in this action, to arbitration pursuant to the terms of Plaintiff's arbitration agreement with Simplify, which was presented to the Court in support of the Motion; and

3.    This action shall be and hereby is otherwise STAYED in its entirety pending completion of the arbitration proceedings ordered herein.

**IT IS SO ORDERED.**

Dated: _____, 2026          _____
                                 Hon. James V. Selna
                                 United States District Judge

2

[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO COMPEL ARBITRATION AND STAY PROCEEDINGS; CASE NO.: 8-26-cv-00846-JVS-KES