HARRIS ST. LAURENT & WECHSLER LLP
Jonathan Harris (State Bar No. 168037)
  jon@hs-law.com
Robert Cohen (*pro hac vice forthcoming*)
  rcohen@hs-law.com
40 Wall Street, 53rd Floor
New York, NY 10005
Telephone: (212) 397-3370
Facsimile: (212) 202-6206


ELLIS GEORGE LLP
Eric M. George (State Bar No. 166403)
  egeorge@ellisgeorge.com
Todd M. Lander (State Bar No. 173031)
  tlander@ellisgeorge.com
2121 Avenue of the Stars, 30th Floor
Los Angeles, California 90067
Telephone: (310) 274-7100;
Facsimile: (310) 275-5697

Attorneys for Plaintiff Harley Bassman

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA; WESTERN DIVISION

| | |
|---|---|
| HARLEY BASSMAN<br><br>Plaintiff,<br><br>vs.<br><br>SIMPLIFY ASSET MANAGEMENT, INC., and DOES 1 THROUGH 10,<br><br>Defendants. | Case No. 8:26-cv-00846<br><br>Hon, James V. Selna<br><br>**[Proposed] ORDER GRANTING JOINT STIPULATION REGARDING MOTION TO COMPEL ARBITRATION**<br><br>Trial Date: None Set |

3163832.1                                         -1-
**[Proposed] ORDER RE JOINT STIPULATION REGARDING MOTION TO COMPEL ARBITRATION**

The Court, having considered the Parties' Stipulation Regarding Motion To Compel Arbitration, and finding good cause therefor, hereby GRANTS the Stipulation and ORDERS as follows:

1.      The disputes between the Parties, including the claims asserted in this action, shall be arbitrated before the Hon. Craig D. Karlan (Ret.) of ADR Servies, Inc. in accordance with the terms of the Parties' arbitration agreement; and,

2.      This action shall be otherwise stayed in its entirely pending completion of the arbitration proceedings.

IT IS SO ORDERED

DATED: _____

_____
Hon, James V. Selna
United States District Judge

3163832.1                                                          -2-

**[Proposed] ORDER re JOINT STIPULATION RE MOTION TO COMPEL ARBITRATION**